UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION

NO. 7:10-cr-00040-BO-1

| UNITED STATES OF AMERICA, | ) | |
|---|---|---|
| | ) | |
| v. | ) | ORDER |
| | ) | |
| CHAD ERIC HUNT | ) | |

Upon motion of the United States, it is hereby ORDERED that Docket Entry Number 39 and its accompanying Order in the above-captioned case be sealed by the Clerk.

It is FURTHER ORDERED that the Clerk provide copies of the filed sealed documents to the United States Attorney and Defendant's attorneys.

This the 9 day of January, 2012.

Terrence W. Boyle
United States District Judge